Respondents.— Motion to dismiss appeal denied, without costs. The exhibits are not necessary for settlement of a proposed case on appeal. If the respondents desire to retain possession of their exhibits they should furnish copies thereof to the appellants. The proposed case on appeal should be served within ten days and copies of the exhibits furnished in the same time. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ. Settle order before Mr. Justice Jaycox.

The Mount Vernon Company, Silversmiths, Inc., Respondent, v. The Mount Vernon Metal Products Company, Inc., Appellant.— Motion for reargument denied, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

New York Linen Supply & Laundry Company, Inc., Appellant, v. Victor Lapayover and Others, Respondents.— Motion to resettle order granted. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ. Settle order on notice before Mr. Justice Jaycox.

James J. O'Brien, Appellant, v. Francis A. Weisbacker, Respondent.— Motion to vacate the order of the Appellate Division and to reinstate the judgment denied, upon condition that defendant, within five days from the entry of the order hereon, pay to plaintiff's attorney in cash the amount of the costs heretofore directed by the order of this court; otherwise, the motion is granted, with ten dollars costs. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

Frank Olive, Plaintiff, v. Max Levy and Others, Defendants. Howard O. Patterson, Respondent; David J. Katz and Others, Appellants.— Motion to resettle order denied, with ten dollars costs. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

Louisa G. Popham, as Trustee, etc., of Louisa C. T. Glover, Deceased, Respondent, v. James A. Glover, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

The People of the State of New York, Respondent, v. Bertha Shkilky, Appellant.— Motion to resettle order granted. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ. Settle order before the presiding justice.

Gussie Scheindelson, Respondent, v. Leah Levine and Edward Levine, Appellants.— Motion to dismiss appeal denied, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

Sidney Schwartz, Respondent, v. Garibaldi A. Vedovi and Others, Appellants.— Motions to dismiss appeals denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

August Toebelman, Respondent, v. Charlotte A. Allen and John Shea, Appellants.— Motion to dismiss appeal denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

August Toebelman, Respondent, v. Charlotte A. Allen and John Shea, Appellants.— Motion to dismiss appeal denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

Bass Construction Company, Respondent, v. Conners Brothers Company, Inc., Defendant, Impleaded with Massachusetts Bonding and Insurance Company and Another, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.